IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**PACIFIC MARITIME ASSOCIATION,**

        Plaintiff,

   v.

**NATIONAL LABOR RELATIONS BOARD,**

        Defendant.

No. 3:12-cv-02179-MO

JUDGMENT

**MOSMAN, J.**,

    After considering Plaintiff's Motion for Summary Judgment [14], Defendant's Motion to Dismiss [20], and all other relevant papers, pleadings, related attachments, and arguments, and after having DENIED Defendant's Motion to Dismiss and having GRANTED Plaintiff's Motion for Summary Judgment [51],

    IT IS HEREBY ORDERED:

    (1) that the Defendant is DECLARED to have exceeded its statutory authority by issuing its decision in *International Brotherhood of Electrical Workers, Local 48*, 358 NLRB No. 102 (Aug. 13, 2012); and

1 – JUDGMENT

(2) that the decision of the Defendant in *International Brotherhood of Electrical Workers, Local 48*, 358 NLRB No. 102 (Aug. 13, 2012) is VACATED.

IT IS SO ORDERED.

DATED this __17th__ day of June, 2013.

/s/ Michael W. Mosman  
MICHAEL W. MOSMAN  
United States District Judge

2 – JUDGMENT